AO 467 (Rev. 01/09; CAND version 03/19) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

Case 4:22-mj-71273-MAG   Document 4   Filed 10/04/22   Page 1 of 1

**FILED**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**OCT 04 2022**

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
OAKLAND OFFICE

| | |
|---|---|
| United States of America<br><br>v.<br><br>DALTON GREGORY PFAU,<br><br>Defendants. | Case No. 22-mj-71273-MAG-1 (KAW)<br><br>Charging District: Western District of Missouri<br><br>Charging District's Case No.: 18-04017-29-CR-C-BCW |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. The time and place to appear in that court are as follows:

| Place: Christopher S. Bond Court House<br>80 Lafayette Street<br>Jefferson City, MO 65101<br>573-636-4015 | Courtroom No.: TBD |
|---|---|
| | Date and Time: |

If the date or time to appear in that court has not yet been set, the defendant must appear when notified to do so.

The clerk is ordered to transfer any bail deposited and interest earned thereon in the registry of this court, plus earned interest, to the clerk of the court where the charges are pending.

Dated: October 4, 2022

*/s/ Kandis Westmore/*

Kandis A. Westmore
United States District Judge